UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND,

Plaintiff,

v.

FOURNIER PAINTING, INC., *et al.*,

Defendant.

Case No. C07-1046 RSL

ORDER GRANTING MOTION TO DISMISS

This matter comes before the Court on defendant Jane Doe Fournier's (Connie Fournier) "Motion to Dismiss" (Dkt. #3). Plaintiff does not oppose defendant Jane Doe Fournier's motion, and it is therefore GRANTED.

DATED this 7th day of September, 2007.

Robert S. Lasnik
United States District Judge